1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   LAVAL SMITH,                    )   Case No. CV 07-4991-PJW
                                     )
11           Plaintiff,              )
                                     )   J U D G M E N T
12       v.                          )
                                     )
13   MICHAEL J. ASTRUE,              )
     Commissioner of the            )
14   Social Security Administration, )
                                     )
15           Defendant.              )
     _____)

16

17       In accordance with the Memorandum Opinion and Order filed

18   herewith,

19       IT IS HEREBY ADJUDGED that this case be remanded to the

20   Commissioner of Social Security for further proceedings consistent

21   with the Memorandum Opinion and Order.

22

23       DATED:    November 14, 2008   .

24                                        _Patrick J. Walsh_

25                                     _____

26                                     PATRICK J. WALSH
                                       UNITED STATES MAGISTRATE JUDGE

27

28   S:\PJW\Cases-Soc Sec\SMITH, L 4991\Judgment.wpd