Suzanne C. Leidner, Esq.  (CSB #090387)
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA  90027
Tel. 323 664-5670/Fax:  323 662-0840
Email:   SCLeidner@sbcglobal.net

Counsel for Plaintiff LAVAL SMITH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVAL SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>          Defendant. | No.  CV 07 04991 PJW<br><br><u>ORDER AWARDING EAJA FEES</u> |

IT IS ORDERED that based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees,  Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees  under EAJA in the amount THREE THOUSAND FIVE HUNDRED DOLLARS and 00/cents ($3,500.00), as authorized by 28 U.S.C. §2412(d), and subject to the terms of the above-referenced  Stipulation.

Dated:  3/9/09      _____
                          PATRICK J. WALSH
                          UNITED STATES MAGISTRATE JUDGE

-1-